DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN FIRESTONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2765

[November 23, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2017-CF-005678-AXXX-MB.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jessica L. Underwood, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Deshommes v. Exalant*, No. 4D22-513, 2022 WL 16626072 (Fla. 4th DCA Nov. 2, 2022).

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***